ISAAC B. ELLSWORTH et al., Respondents, *v.* THE ÆTNA INSURANCE COMPANY, Appellant.

(Argued April 1, 1878; decided April 10, 1878.)

*James M. Humphrey* for appellant.

*Joel L. Walker* for respondents.

AGREE to reverse without opinion.

ALLEN, RAPALLO, ANDREWS and EARL, JJ., concur; CHURCH, Ch. J. and MILLER, J., dissent; FOLGER, J., absent.

Judgment reversed.